

April 17, 2014

The Honorable Catherine C. Blake
United States District Court for the
District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, Maryland 21201

        RE:   *TECH USA, Inc. v. Kelly, et al.*
                Civil Action No.: 1:13-cv-03619 CCB
                Status Report

Dear Judge Blake,

       Undersigned counsel represents Defendants W.G. Hall, Inc., AtWork Staffing, LLC d.b.a. AtWork Personnel Services, AtWork Franchise, Inc., and Jeffrey Kantner (the "Luchansky-Represented Defendants"), i.e., all Defendants except Jackie Kelly (who has not yet been served). Counsel has been authorized by counsel for Plaintiff to report that Plaintiff and the Luchansky-Represented Defendants now have executed a Settlement Agreement and General Release ("Settlement Agreement") that fully resolves Plaintiff's claims against the Luchansky-Represented Defendants.

       Under the terms of the parties' agreement, Plaintiff is obligated to file a Notice of Voluntary Dismissal ("Dismissal") of its claims against the Luchansky-Represented Defendants within five (5) days. Neither the Settlement Agreement nor the Dismissal applies to the unserved defendant Jackie Kelly; however, as part of the Settlement Agreement, the Luchansky-Represented Defendants are required to provide Plaintiff with an affidavit setting forth Jackie Kelly's last known address, which may aid in service on her.

       On behalf of all counsel, I wish to thank the Court for its close supervision of this matter as the parties worked together to resolve the claims between Plaintiff and the Luchansky-Represented Defendants.

                                                    Very truly yours,

                                                    Bruce M. Luchansky

cc:    Grover C. Outland, III, Esq.
        Allan P. Hillman, Esq.

606 Bosley Avenue, Suite 3B, Towson, Maryland 21204  |  Phone: 410.522.1020  |  Fax: 410.522.1021  |  www.luchanskylaw.com